# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INARA NARANJO, an individual<br><br>Plaintiff,<br><br>v.<br><br>PXL II LLC, a limited liability company; JACKSON DAWSON COMMUNICATIONS, INC., a corporation,<br><br>Defendants. | Case No. 2:19-cv-04268 CJC (FFMx)<br>[Assigned to Hon. Cormac J. Carney, Courtroom 7C]<br><br>ORDER TO EXTEND DISCOVERY AND DISCOVERY MOTION DEADLINE |

## ORDER

The Court having considered the Parties' Joint Stipulation and Order to extend discovery and discovery motion deadline, and good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

1. A 30-day extension from March 12, 2020 to April 13, 2020 be granted for the completion of discovery and discovery related motions.

**IT IS SO ORDERED.**

DATE: March 4, 2020

_____
Honorable Cormac J. Carney
UNITED STATES DISTRICT JUDGE