Bobby Saadian, Esq. SBN: 250377
Nicol E. Hajjar, Esq. SBN: 303102
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010
T: (213) 381-9988
F: (213) 381-9989
E: bobby@wilshirelawfirm.com; nicol@wilshirelawfirm.com.

Jennifer R. Weatherup, Esq. SBN: 23320
**FREEMAN MATHIS & GARY, LLP**
550 South Hope St., Suite 2299
Los Angeles, CA 90071
T: 213-615-7000
F: 213-615-7100
E: jweatherup@fmglaw.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INARA NARANJO,<br><br>         Plaintiff,<br><br>vs.<br><br>PXL II LLC, a limited liability company; JACKSON-DAWSON COMMUNICATIONS, INC. a corporation; and DOES 1 through 50, inclusive, | Case No. 2:19-cv-04268-CJC-GJS<br><br>[Assigned to Hon. Cormac J. Carney, Courtroom 9B or 7C]<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL PENDING HEARINGS/DEADLINES**<br><br>**Pre-Trial Conference:**<br>**Date: 03/05/2021**<br>**Time: 3:00 p.m.**<br>**Crtrm: 9B or 7C**<br><br>**Jury Trial:**<br>**Date: 03/23/2021**<br>**Time: 8:30 a.m.**<br>**Crtrm: 9B or 7C** |

1

**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL
PENDING HEARINGS/DEADLINES**

TO THE HON. CORMAC J. CARNEY, UNITED STATES DISTRICT COURT JUDGE:

The parties have reached a global settlement in this case. As such, the parties have fully executed a confidential settlement agreement including a release of all claims disposing of this case. Plaintiff only awaits the issuance of the settlement check.

Given the status, the parties request that the Court vacate and take off calendar all pending hearings and deadlines, including, without limitation, the Pretrial Conference set for March 5, 2021 and the Jury Trial set for March 23, 2021.

The parties also request that the Court set a date of an OSC re dismissal approximately 30 days from this date or on date convenient to the Court.

The parties also request that the Court retain the authority to ensure compliance with the terms of the settlement agreement.

Dated: February 2, 2021                    Respectfully submitted,

                                           By: /s/ Nicol Hajjar
                                           Bobby Saadian
                                           Nicol Hajjar
                                           Attorneys for Plaintiff,
                                           INARA NARANJO

Dated: February 2, 2021                    Respectfully submitted,

                                           By: 
                                           Jennifer Weatherup
                                           Attorneys for Defendants,
                                           PXL II LLC and JACKSON-DAWSON COMMUNICATIONS, INC.

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

2

**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL PENDING HEARINGS/DEADLINES**